AO91 (Rev. 12/03) Criminal Complaint

# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS, EL PASO DIVISION

**FILED**
December 22, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ aq
DEPUTY

**UNITED STATES OF AMERICA**
V.
Wenceslao VELASCO-Garcia

**CRIMINAL COMPLAINT**

Case Number: **EP:25-MJ-6983-LE**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __12/20/2025__ in __El Paso__ County, in the __Western District Of Texas__ defendant(s) did, being an alien to the United States, enter, attempt to enter, or was found in the United States after having been previously excluded, deported, or removed from the United States without receiving permission to reapply for admission to the United States from the Attorney General of the United States and the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4), and 557

in violation of Title __8__ United States Code, Section(s) __1326(a)__

I further state that I am a(n) __Border Patrol Agent__ and that this complaint is based on the following facts:

The DEFENDANT, Wenceslao VELASCO-Garcia, an alien to the United States and a citizen of Mexico was found approximately 1.69 miles west of the Paso Del Norte Port of Entry in El Paso, Texas in the Western District of Texas. From statements made by the DEFENDANT to the arresting agent, the DEFENDANT was determined to be a native and citizen of Mexico, without immigration documents allowing him to be or remain in the United States legally. The DEFENDANT has been previously deported from the United States to Mexico on August 30, 2011, through Atlanta, Georgia. The DEFENDANT has not previously received the expressed consent from the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission into the United States.

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

**Complaint sworn to telephonically on** __December 22, 2025__ at __01:07 PM__ **and signed electronically. FED.R.CRIM.P. 4.1(b)(2)(A)**

Signature of Complainant
Jose A. Jurado
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

__12/22/2025__                                        at     El Paso, TX
Date                                                              City/State

Laura Enriquez           U.S. Magistrate Judge
Name & Title of Judicial Officer              Signature of Judicial Officer

CONTINUATION OF CRIMINAL COMPLAINT - **EP:25-M -06983(1)**

**WESTERN DISTRICT OF TEXAS**

**(1) WENCESLAO VELASCO-GARCIA**

FACTS   (CONTINUED)

made by the DEFENDANT to the arresting agent, the DEFENDANT was determined to be a native and citizen of Mexico, without immigration documents allowing him to be or remain in the United States legally.  The DEFENDANT has been previously deported from the United States to Mexico on August 30, 2011, through Atlanta, Georgia.  The DEFENDANT has not previously received the expressed consent from the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission into the United States.

**Because this affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.**

IMMIGRATION HISTORY:

**The DEFENDANT has been deported 1 time(s), the last one being to MEXICO on August 30, 2011, through ATLANTA, GA**

CRIMINAL HISTORY:

**02/12/2009, WAKE CO, NC, TRAFFICKING IN COCAIN BY TRANSPORTATION(F), CNV, 35M-42M .**